UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN STEWART, | CASE NO. C19-1362JLR |
| Plaintiff, | ORDER |
| v. | |
| PROMETRIC LLC, | |
| Defendant. | |

Before the court is the parties' Joint Status Report. (*See* JSR (Dkt. # 15).) Attached to the parties' Joint Status Report are (1) their proposed stipulated order regarding the discovery of electronically stored information, and (2) their proposed stipulated protective order. (*See id.* ¶¶ 4.C, 4.D, Exs. A (Dkt. # 15-1), B (Dkt. # 15-2).) In their Joint Status Report, the parties ask the court to enter both of these stipulations as orders of the court. (*See id.*) The parties, however, have failed to comply with Local Rule LCR 26(c)(2). *See* Local Rules W.D. Wash. LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the

court's website." *Id.* "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id.* Here, the parties appear to have used the court's "Model Agreement re: Discovery of Electronically Stored Information" and "Model Stipulated Protective Order," but have failed to provide red-lined versions as required under the court's local rules. Accordingly, the court DENIES the parties' request in their Joint Status Report for entry of their agreed protective orders (Dkt. ## 15-1, 15-2), but without prejudice to re-filing in a manner that comports with the court's local rules. Finally, the court encourages counsel to review the court's local civil rules in their entirety prior to any future filing to ensure complete compliance therewith. Repeated violations of the court's local rules may result in the imposition of sanctions.

Dated this 25th day of October, 2019.

JAMES L. ROBART
United States District Judge