THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN STEWART,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PROMETRIC, LLC, a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No.: 2:19-CV-01362-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER ON MOTIONS IN LIMINE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 29, 2021** |

## STIPULATION

The parties, by and through counsel, respectfully and jointly move the Court for an in limine order concerning the following evidentiary matters. Counsel for the parties have conferred and agree that an in limine order is appropriate, with reference to the following:

1. Pursuant to the Court's scheduling order dated October 31, 2019, the parties are to file all motions in limine by January 5, 2021.

2. Pursuant to Local Rule 7(d)(4), the parties held a conference call on January 4, 2021, to resolve which matters are really in dispute before filing their respective motions. The parties reached an agreement on a number of issues.

THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT THE FOLLOWING MATTERS SHALL NOT BE ENTERED INTO EVIDENCE:

1. Plaintiff's Post-Termination Communications with the Washington State Department of Health.
2. Plaintiff's Notice of 30(b)(6) Deposition and the Objections and Responses Thereto.
3. The parties are precluded from offering two separate drafts of Defendant's final warning to Plaintiff as a single exhibit.
4. Any Reference to Plaintiff Suffering Loss of Wages or Benefits.
5. Any Reference to Plaintiff Suffering Physical Injury Arising Out of Emotional Distress, and Any Healthcare Provider Testimony.
6. Prometric Manuals and Policies that were not in effect during Plaintiff's Employment.
7. Any hearsay statements, to which no exception applies, that Plaintiff was given a verbal warning or discipline for writing his own test instructions.
8. Any reference to Plaintiff's post-termination employment with employers other than Prometric, with the exception that the start date for Plaintiff's employment with SEIU may be admitted to determine the approximate end date for Stewart's emotional distress damages.
9. Any hearsay statements, to which no exceptions apply, related to Plaintiff's alleged refusal to return to work after his suspension.
10. Any reference to the determination of the Washington Employment Security Department regarding Stewart's unemployment benefits.

11. Any reference to a specific reason for Corwin Sample's termination, but testimony may be elicited that Sample was terminated for misconduct.

12. Other than the Plaintiff and a corporate representative for Defendant, all witnesses will be sequestered from watching the trial proceedings through any virtual platform.

13. Witnesses will not be allowed to comment on another witness's deposition testimony, unless that testimony is presented verbatim from the deposition transcript.

14. Witnesses will not be allowed to comment on the veracity of another witness's testimony.

SO STIPULATED this 5th day of January, 2021

By: /s/ *Matt J. O'Laughlin*
Matt J. O'Laughlin, WSBA 48706
MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Ste. 102
Seattle, Washington 98119
Tel: 206.513.7485
Fax: 206.260.3231
matt@pacwestjustice.com

Attorney for Plaintiff

By: /s/ *James M. Shore*
James M. Shore, WSBA #28095
Rachel N. Herrington, WSBA # 53255
600 University Street, Suite 3600
Seattle, WA  98101
Tel: (206) 624-0900
Fax: (206) 386-7500
jim.shore@stoel.com
rachel.herrington@stoel.com

Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

Each party shall instruct its witnesses as to the Court's ruling on this stipulated motion in limine.

IT IS SO ORDERED.

DATED this 6th day of January, 2021.

*/s/ James L. Robart*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER ON MOTIONS IN LIMINE - 4

MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Ste. 102
Seattle, WA 98119
(206) 513-7485